Marilyn MURPHY, et al. v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 288-79

October 10, 1979. Motion to dismiss appeal as being moot is granted. Appeal dismissed.

TIMBERLAND MACHINES, INC. v. Honorable John P. CONNARN, Judge, District Court of Vermont, Unit No. 5, Washington Circuit, and State of Vermont, No. 309-79

October 10, 1979. Petition for extraordinary relief dismissed.

STATE of Vermont v. Donald S. KNIGHT, No. 242-78

October 15, 1979. Motion for enlargement of time is granted. Appellant shall file his brief on or before November 16, 1979.

IN RE GRIEVANCE OF William RAMAGE and Vermont State Colleges Faculty Federation, AFT Local 3180, AFL–CIO, No. 291-78

October 15, 1979. Motion for permission to file a supplemental appellee's brief granted.

Shirley V. CASTLE v. SHERBURNE CORPORATION, No. 275-79

October 15, 1979. Motion to dismiss granted. *Town of Westmin-*

*ster* v. *Hall,* 137 Vt. 618, 399 A.2d 184 (1979).

STATE of Vermont v. John P. MORRISSEY, No. 373-79

October 15, 1979. Motion for permission to appeal denied. Motion for stay of order suspending defendant's license to operate a motor vehicle is denied.

IN RE FIREFIGHTERS OF BRATTLEBORO, Vermont, Local #2628; and Brattleboro Fire Department, Town of Brattleboro, Nos. 238-78 and 284-78

October 26, 1979. Appellee's motion for leave to file briefs in typewritten form is granted.

Daley, J.

IN RE GRIEVANCE OF Adele STACEY, No. 37-79

October 26, 1979. The motion of Vermont State Employees' Association, Inc., for leave to file brief as amicus curiae is granted.

Daley, J.